## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **5:25-cv-01087-DTB**                                      Date: **June 17, 2026**

Title:  **Jaime R. Hernandez, et al. v. Nissan North America, Inc., et al.**
================================================================

**DOCKET ENTRY**
================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

Rachel Maurice                                          n/a
Deputy Clerk                                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT(S):
            None present                                    None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE POST-MEDIATION JOINT STATUS REPORT**

On April 3, 2025, plaintiffs Jaime R. Hernandez and Jaime Hernandez ("Plaintiffs") initiated the action against defendant Nissan North America, Inc. ("Defendant") by filing a Complaint in San Bernardino County Superior Court. (Docket No. 1-2. On May 5, 2025, Defendant removed the action to this Court. (Docket No. 1).

On July 31, 2025, the parties filed their Joint FRCP26(f) Report. (Docket No. 9). On August 1, 2025, the Court issued its Civil Trial Scheduling Order and Order/Referral to ADR. (Docket Nos. 11-12). The parties were ordered to complete ADR proceedings by June 5, 2026 and file with the Court a joint report no later than seven (7) days after ADR proceedings regarding the progress of settlement discussions. (Docket No. 12)

However, to date, the Court has not received a joint status report. Thus, the parties are in violation of the Court's August 1, 2025 Order/Referral to ADR.

The Court has inherent power to impose sanctions for "willful disobedience of a court order[.]" See Evon v. Law Offices of Sidney Mickell, 688 F.3d 1015, 1035 (9th Cir. 2012). Before imposing sanctions, the Court will afford the parties an opportunity to explain their failure to file a joint status report as directed by the Court's March 27, 2024 Order.

MINUTES FORM 11                                    Initials of Deputy Clerk  RAM
CIVIL-GEN

Accordingly, Plaintiffs and Defendant are **ORDERED TO SHOW CAUSE** in writing why sanctions should not be imposed.  The parties shall have **up to and including June 24, 2026,** to file responses to this Order.

**Furthermore, Plaintiffs are expressly warned that failure to timely file a response to this Order <u>will</u> result in this action being dismissed without prejudice for failure to prosecute and comply with Court orders.  <u>See</u> FED. R. CIV. P. 41(b).**

**IT IS SO ORDERED.**

MINUTES FORM 11
CIVIL-GEN

Initials of Deputy Clerk  RAM